copy request 50¢

March 1, 2005

Rogelio Preciado
Card. Unit
#06031-046
P.O. Box 14500
Lexington, KY 40512

RECEIVED
BY MAIL
MAR 07 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Courts

01 cr 292 (3)

RE: Copy of Documents.

Dear Clerk:

I would like to know if the district court will allow me to have, at the cost of the court, the list of documents that will be set forth below. If not, I would appreciate it if you could provide me with what you can at no cost and inform as to the cost of the other documents.

1. Plea Agreement ~~5 pgs~~
2. Plea Hearing Transcripts ~~30 pgs~~
3. Sentencing Transcripts
4. Indictment/Superceding Indictment
5. Any other documents pertaining to my case.

Also, I am enclosing a letter I that I recently sent to my former attorney concernign my case file and his failure to Notify me that the 8th Circuit Court had denied my direct appeal. I would like for you to place this letter in my case file.

Thanks in advance

Sincerely,
Rogelio Preciado

Cc: File

SCANNED
MAR 08 2005
U.S. DISTRICT COURT ST. PAUL

March 1, 2005

Rogelio Preciado
Card. UNIT
#06031-046
P.O. Box 14500
Lexington, KY 40512

RECEIVED
BY MAIL
MAR 07 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Attorney Stephen Grigsby
210 N. Second St., Suite 50
Minn., MN 55401

**RE: Case Documents.**

Dear Mr. Grigsby:

I recenly sent you a letter, concerning the status of my Appeal. At the same time I had sent a letter to the 8th Circuit Court of Appeals for the same reasons. Today I received a response from the 8th Circuit in which they enclosed a copy of the Court's Order denying my direct appeal.

Although I am a minority and speak little English this does not give you the right to treat me any differently than any other client. I am sure that you would not treat everyone else as you have treated me. I have on several ocassions sent you letters seeking information on my appeal. You have not returned with any sort of a response to my letters. According to the date set forth on the Court of Appeals Order denying my direct appeal I had only one year from that date to file a § 2255 motion with the district court. Given your actions I am precluded from seeking a review under this motion. It would have been easy, in exspensive and humanly polite for you to simply send me a letter stating that my direct appeal had been denied. This would have allowed me to take the appropriate and timely actions to file my first § 2255 motion. In any case, I would appreciate if you would provide me with the following documents.

1. Plea Agreement 2. Plea Hearing Transcripts 3. Sentencing Transcripts 4. Indictment 5. Pre-sentenc e report 6. and/or any other documents concerning my case that you have in your possession.

YOURS TRULY,

Rogelio Preciado

Cc: **File**
**District Court, Judge Doty**